IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  2017CV1292

DAWN OSBORNE,

    Plaintiff,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Defendant.

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW the Defendant, Allstate Fire and Casualty Insurance Company, by and through counsel, The Ross-Shannon Law Firm, P.C., and pursuant to 28 U.S.C.A. § 1446, hereby removes the above action from the District Court for the County of Denver, based on the following grounds:

The above action was filed in the District Court, Denver County, Colorado and is now pending in that Court.  Process, including a Summons and Complaint, and Plaintiff's District Court Civil Case Cover Sheet for Initial Pleading of Complaint, was served on the Defendant on the Commissioner of Insurance on May 5, 2017.

1.    The Plaintiff alleges that this action is a civil action involving an amount in controversy exceeding $100,000, exclusive of interest and costs.  Specifically, in Plaintiff's District Court Civil Case Cover Sheet for Initial Pleading of Complaint, Paragraph 3 Plaintiff checked the box stating C.R.C.P. Rule 16.1 does not apply, because he is seeking over $100,000.

2. Plaintiff's First Claim for Relief is for Improper Denial of Claims and Unreasonable Delay or Denial of Benefits, includes reference to the insurance policy contract for Underinsured policy limits of $100,000, and the allegation of a potential for recovery of twice the covered benefit's amount plus the actual benefit amount, or $300,000.

3. A copy of the declarations page of the insurance contract is attached as **Exhibit 1**.

4. A Complaint that presents a combination of facts and theories of recovery that may support a claim in excess of $75,000 can support removal to federal court. *McPhail v. Deere & Co.,* 529 F.3d 947 (2008); 28 U.S.C.A. § 1332(a).

5. The amount in controversy is no proof of the amount the plaintiff will recover. Rather, it is an estimate of the amount that will be put at issue in the course of litigation. To this end, documents that demonstrate plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal, even though they cannot be used to support the ultimate amount of liability. *McPhail*, at 956.

6. Moreover, this is a civil action between parties of diverse citizenship for which this Court, has original jurisdiction under 28 U.S.C.A. § 1332. Plaintiff is a citizen of the State of Colorado, and Defendant is a citizen of the State of Illinois. No change of citizenship has occurred since the commencement of this action.

7. Defendant is entitled to remove the above action from the State District Court to the United States District Court pursuant to 28 U.S.C.A. § 1446(a).

8. Copies of all process and pleadings served on Defendant are attached and filed with this Notice.

Dated:  May 26, 2017            Respectfully submitted,


                                *s/ Bradley Ross-Shannon*
                                Bradley Ross-Shannon
                                Mark J. Gauthier
                                THE ROSS-SHANNON LAW FIRM, P.C.
                                12596 West Bayaud Avenue, Suite 380
                                Lakewood, CO  80228
                                Telephone:  (303) 988-9500
                                Facsimile:  (303) 988-9511
                                E-mail:  br-s@ross-shannonlaw.com
                                         mgauthier@ross-shannonlaw.com

                                *Attorney for Defendants*
                                *Allstate Fire and Casualty Insurance Company*
                                *and Allstate*

Defendant's Address:

2775 Sanders Road
Northbrook, IL 60062

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2017, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was electronically filed with the Clerk of Court via CM/ECF which will send notification and served on the following:

Jordan S. Levine, Esq.
Andrew J. Phillips, Esq.
Sarah G. Freedman, Esq.
4500 Cherry Creek Drive South, Suite 400
Denver, CO  80246
jordan@levlawllc.com
andrew@levlawllc.com
sarah@levlawllc.com

*Signed original document maintained and available pursuant to Rule 121*

*s/Barbara Brown*