# Renewal auto policy declarations

Your policy effective date is November 14, 2013


Platinum   Gold   Standard   Value Plan



Page **1** of 3

Information as of October 3, 2013

## Summary

**Total Premium** for the Policy Period

Please review your insured vehicle and verify its VIN is correct.

| Vehicle covered | Identification Number (VIN) | Premium |
|---|---|---|
| 2013 Jeep Patriot | 1C4NJRBB7DD180565 | $792.20 |
| Premium for Uninsured Motorists Insurance | | 132.40 |
| **If you pay in installments*** | | **$924.60** |
| **If you pay in full (includes FullPay® Discount)** | | **$840.17** |

*If you pay less than the Pay in Full amount, you will be charged an installment fee(s).

## Discounts (included in your total premium)

| | | | |
|---|---|---|---|
| Safe Driving Club | $131.99 | Homeowner | $17.21 |
| Multiple Policy | $22.01 | Antilock Brakes | $70.72 |
| Responsible Payer | $63.55 | Electronic Stability Control | $55.34 |
| Early Signing | $101.68 | | |
| **Total discounts** | | | **$462.50** |

| Policy discounts | | | $336.44 |
|---|---|---|---|
| Safe Driving Club | $131.99 | Early Signing | $101.68 |
| Multiple Policy | $22.01 | Homeowner | $17.21 |
| Responsible Payer | $63.55 | | |

| 2013 Jeep Patriot discounts | | | $126.06 |
|---|---|---|---|
| Antilock Brakes | $70.72 | Electronic Stability Control | $55.34 |

### Listed driver on your policy

**Dawn Osborne** - Divorced female driver, age 47, Safe Driving Club

### Excluded drivers from your policy

None

Named Insured(s)
**Dawn Osborne Apt 101**

Mailing address
**1300 S Willow St Bldg 9**
**Denver CO 80247-2100**

Policy number
**920 449 906**

Your policy provided by
**Allstate Fire and Casualty Insurance Company**

Policy period
Beginning **November 14, 2013** through
**May 14, 2014** at 12:01 a.m. standard time

Your Allstate agency is
**Lou Toth**
5184 S Lowell Blvd
Littleton CO 80123
(720) 870-9982
LouToth@allstate.com

Some or all of the information on your Policy Declarations is used in the rating of your policy or it could affect your eligibility for certain coverages. Please notify us immediately if you believe that any information on your Policy Declarations is incorrect. We will make corrections once you have notified us, and any resulting rate adjustments, will be made only for the current policy period or for future policy periods. Please also notify us immediately if you believe any coverages are not listed or are inaccurately listed.

EXHIBIT 1



CO010RBD

Renewal auto policy declarations  Page **2** of 3
Policy number: **920 449 906**
Policy effective date: November 14, 2013
Your Allstate agency is Lou Toth
(720) 870-9982

## Coverage detail for 2013 Jeep Patriot

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Automobile Liability Insurance | | Not applicable | $429.86 |
|   Bodily Injury | $100,000 each person $300,000 each accident | | |
|   Property Damage | $100,000 each accident | | |
|   Auto Collision Insurance | Actual cash value | $500 | $287.04 |
| (Safe Driving Deductible Reward - deductible reduction amount available is $500) | | | |
|   Auto Comprehensive Insurance | Actual cash value | $500 | $75.30 |
| **Total premium for 2013 Jeep Patriot** | | | **$792.20** |

VIN 1C4NJRBB7DD180565

**Lienholder**
Capital One Auto Finance

## Additional coverage

The following policy coverage is also provided.

| Coverage | Limits | Deductible | Premium |
|---|---|---|---|
| Uninsured Motorists Insurance for Bodily Injury | $100,000 each person $300,000 each accident | Not applicable | $132.40 |
| **Total** | | | **$132.40** |

## Your policy documents

Your automobile policy consists of this Policy Declarations and the documents in the following list. Please keep these together.

- Colorado Auto Policy – AU14512
- Claim Satisfaction Guarantee Amendatory Endorsement – AP4780-1
- Colorado Amendatory Endorsement – AU14610

## Important payment and coverage information

Here is some additional, helpful information related to your coverage and paying your bill:

▶ Your Gold Protection package contains the following features:
  • Accident Waiver Enhancement feature
  • Safe Driving Deductible Reward feature

CO010RBD
027 010 005
131004A000780
1100000A000780027CO000131004021245000367005008002658

| | |
|---|---|
| Renewal auto policy declarations | |
| Policy number: | **920 449 906** |
| Policy effective date: | November 14, 2013 |
| Your Allstate agency is | Lou Toth |
| | (720) 870-9982 |



Page **3** of 3

---

**Allstate Fire and Casualty Insurance Company's** Secretary and President have signed this policy with legal authority at Northbrook, Illinois.

Steven P. Sorenson
President

Mary J. McGinn
Secretary



CO010RBD

