**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:17-CV-1292

DAWN OSBORNE

       Plaintiffs,

v.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

       Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

       Plaintiff, Dawn Osborne, and Defendant, Allstate Fire and Casualty Insurance Company, through their respective counsel, hereby submit this Stipulation for Dismissal with Prejudice and request that this Court enter an Order dismissing all claims asserted by Plaintiff against Defendant with prejudice and, as grounds therefor, state as follows:

       1.    Plaintiff and Defendant have reached a settlement and compromise of any and all claims which have been or could have been asserted between them in this action.

       2.    Each party is to pay their own costs, expenses, and attorney fees.

       **WHEREFORE**, Plaintiff Dawn Osborne and Defendant Allstate Fire and Casualty Insurance Company respectfully request that this Court enter an Order dismissing all claims asserted by Plaintiff against Defendant with prejudice.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **LEVINE LAW, LLC** | THE ROSS-SHANON LAW FIRM, P.C. |
| By /s/ *Sarah G. Freedman, Esq.* | By /s/ *Bradley Ross-Shannon, Esq.* |
| Andrew J. Phillips, #40283 | Bradley Ross Shannon, #15220 |
| Sarah Freedman, #48356 | Mark J. Gauthier |
| 4500 Cherry Creek Drive South, Suite 400 | 12596 West Bayaud Avenue, Suite 380 |
| Denver, Colorado 80246 | Lakewood, CO 80228 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |